# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2544
_____

JOHNSON CHRISTOPHER
JAMERSON,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 7, 2022


PER CURIAM.

Jamerson appealed an order dismissing his complaint without prejudice. Where an order dismisses a complaint without prejudice, the order is not a final, appealable order. *See Al-Hakim v. Big Lots Stores, Inc.*, 161 So. 3d 568 (Fla. 2d DCA 2014). However, "this general rule is not without exception. If a dismissal is 'without prejudice' but it is clear from the context of the record that the plaintiff's right to pursue the case requires the filing of a new case, the order is final." *U.S. Bank Nat. Ass'n v. Rodriguez*, 206 So. 3d 734, 736 (Fla. 3d DCA 2016). There is nothing in the record indicating Jamerson would not be able to proceed with an

amended complaint in his current case.  Accordingly, this is a non-reviewable, non-final order.

DISMISSED.

ROBERTS, OSTERHAUS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Johnson Christopher Jamerson, pro se, Appellant.

Ashley Moody, Attorney General, and Omar J. Famada, Assistant Attorney General, and Kelly R. Forren, Assistant Attorney General, and Kristen Jennifer Lonergan, Assistant Attorney General, and Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Appellee.